**DISMISS and Opinion Filed May 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00302-CV

### IN THE INTEREST OF R.M.W., K.W., K.W., B.W., AND A.W., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1043-W**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

In a letter dated April 15, 2014, the Court questioned its jurisdiction over this appeal. Specifically, there does not appear to be a final judgment. We instructed appellant to file a letter brief addressing our concern and gave appellee an opportunity to respond. Appellant filed a jurisdictional brief. Appellee did not file a response.

Generally, this Court has jurisdiction only over appeals from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *See id.*

In his notice of appeal, appellant stated that he was appealing the trial court's February 24, 2014 judgment terminating his parental rights to his children. Because this judgment was not included in the clerk's record, the Court ordered the Dallas County District Clerk to file a supplemental clerk's record containing the judgment or written verification that no such

judgment existed. The Court received written verification from the District Clerk that no such judgment existed.

In his jurisdictional brief, appellant states the trial court erred by not placing the children in his custody. He also states that he is seeking to remove his case to federal court. Appellant failed to address this Court's jurisdictional concern as to the absence of a final judgment. The record before this Court does not contain a final judgment. Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

140302F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF D.W., R.M.W.,
K.W., K.W., B.W., AND A.W., Children

No. 05-14-00302-CV

On Appeal from the 304th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. 12-1043-W.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, the Dallas County Child Protective Services Unit of the Texas Department of Family and Protective Services, recover its costs of this appeal from appellant, Moses Watts, Jr.

Judgment entered May 29, 2014.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–3–